```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

The Painting Company,           :

    Plaintiff,               :

    v.                       :    Case No.  2:09-cv-183

                             :    JUDGE WATSON

Walsh/Demaria Joint Venture
III, et al.,                    :

    Defendants.              :

ICC Safety Surfaces,            :

    Plaintiff,               :

    v.                       :    Case No. 2:09-cv-184

Walsh/Demaria Joint Venture     :    JUDGE WATSON
III, et al.,
                             :

    Defendants.

<u>ORDER</u>

    The parties have now submitted an agreed revised case schedule.  The Court adopts the schedule (#29 filed in Case No. 2:09-cv-184).  The documents which the parties are in agreement about producing shall be produced within three weeks.  If a deposition is also needed, it will be conducted no later than April 30, 2010.  A response to the pending summary judgment motion will be filed within 35 days after plaintiffs receive the documents, but not later than May 14, 2010.

    Expert witnesses will be identified by name and curriculum vita by June 1, 2010 (plaintiffs) and June 15, 2010 (defendants). Expert reports will be produced by August 1, 2010 (plaintiffs) and September 24, 2010 (defendants).  Any rebuttal experts or expert opinions will be disclosed by September 24, 2010.  All discovery shall be completed by November 2, 2010.  The provisions

in the Memorandum of First Pretrial Conference concerning the timely service of discovery requests and filing of discovery-related motions are still in effect.

The parties shall advise the Court if and when any type of mediation would be productive.

/s/ Terence P. Kemp
United States Magistrate Judge